v.

**The STATE of Texas, Appellee.**

No. 28280.

Court of Criminal Appeals of Texas.

April 25, 1956.

**Dillard FRAZIER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28253.

Court of Criminal Appeals of Texas.

April 11, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder, with punishment assessed at five years' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.